UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BENJAMIN BROZMAN,**

      **Plaintiff,**

v.                                          Case No:  6:15-cv-944-Orl-41DAB

**JENNIFERJAMES
HAIRCOLORXPERTS, LLC and
JENNIFER CLENDENIN,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of the Settlement Agreement ("Joint Motion," Doc. 23). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 24), which recommends that the parties' motion be granted and that the settlement agreement be approved.[1]

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees with the recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED**.

---

[1] Apart from releasing the pending Fair Labor Standards Act ("FLSA") claims, the parties appear to have separately agreed to release a myriad of non-pending claims in consideration for $100.00. The Court expresses no opinion as to the validity of such an agreement. It goes without saying that such a release was not in consideration for the FLSA damages. *See Shearer v. Estep Const., Inc.*, No. 6:14-cv-1658-Orl-41GJK, 2015 WL 2402450, at *3–4 (M.D. Fla. May 20, 2015).

2. The Joint Motion for Approval of the Settlement Agreement (Doc. 23) is **GRANTED**; the parties' agreement is **APPROVED**; and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record